UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANTHONY MADDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-00291-JRG-DCP |
| | ) | |
| SGT. KRISTOPHER PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motion to dismiss [Doc. 39] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Any pending motions [*see* Doc. 48] are **DISMISSED** as moot. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                                         s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk